## STATEMENT OF FACTS

On Sunday, July 8, 2018, at approximately 07:15 a.m., an individual later identified as TIMOTHY HUYNH (hereinafter HUYNH or "defendant") entered without authorization Sherman Park on the grounds of the White House Complex, in the 1600 block of Pennsylvania Avenue, N.W., Washington, DC.

The White House complex, which includes, among other things, the White House Mansion and the Eisenhower Executive Office Building ("EEOB"), and the White House grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House Complex, which has an exterior fence surrounding it. The White House complex is a restricted grounds or area within the meaning of 18 U.S.C. §1752(c)(1)(A).

United States Secret Service ("USSS") Officer McGraw observed an individual approach the post on 15th and E Streets, NW. The officer instructed the individual a couple of times to get back to the sidewalk. He complied and headed north on 15th while the officer kept his eyes on the individual and saw his feet in the air at the intersection of 15th and Alexander Hamilton in the North East of Sherman Park. The individual then jumped the bike rack where restricted signs were posted. Officer Hilden approached the individual later identified as HUYNH inside Sherman Park HUYNH ignored several commands to stop by Officer Hilden. Officer Hilden raised his weapon, at which time HUYNH began pointing at his chest and shouting "shoot me, shoot me, shoot me." At that time HUYNH was taken into custody, and escorted out of the restricted area.

A search of HUYNH's person resulted in the discovery of various drawings of houses and a wallet with two credit cards under the name of Timothy HUYNH as well as VA DMV receipt from renewing his license.

While in custody, HUYNH stated he wished to speak with POTUS. Due to a language barrier, a French speaking translator was requested. SA J. Pierre (USSS/MIA), a French speaker, responded to the scene for translation. SA J. Pierre advised that HUYNH was making nonsensical statements about gardens, soccer fields and owning horses all in French. HUYNH was then transported to MPDC 2nd District and charged with unlawful entry.

WFO Prowler and SA J. Pierre responded to MPDC 2nd District to interview HUYNH. SA Kraham, SA Webster and SA Pierre properly identified themselves as USSS Special Agents. Special Agents observed HUYNH to have blood shot, extremely red eyes and to be excessively blinking his eyes. HUYNH was observed wearing a polo shirt and slacks. During the interview, HUYNH was calm, speaking at a normal pace, and cooperative. Most of the conversations occurred in French.

At the beginning of the interview, HUYNH claimed his real name was "Henry Gallaedet" and that his real DOB was "09/19/1959". SA Pierre begun to read HUYNH his Miranda Rights in French, but HUYNH requested his Miranda Rights be read to him in English. HUYNH was then read his Miranda Rights by SA Webster in English. HUYNH, then speaking French, immediately invoked his right to counsel and requested a French speaking lawyer. The interview was concluded at 0814hrs.

HUYNH is known to the USSS based on his prior attempts to unlawfully enter the White House Complex and Grounds. A review of HUYNH's prior criminal history establishes that he was arrested and charged in the Superior Court of the District of Columbia with unlawful entry at the White House on September 4, 2010. The charges were dismissed following a 6 month ban from the White House Complex. On October 11, 2016, HUYNH appeared at the White House alleging that he was having a dinner party with POTUS. HUYNH displayed signs of mental illness and confusion and had no recollection of the September 2010 incident. HUYNH was sent home via taxi. HUYNH has a criminal history as follows: conviction of false statements to obtain property or credit on March 16, 1999; Unlawful change of name on December 2, 1998; False report of crime on December 16, 1998; all in Fairfax County, and a disorderly conduct conviction on October 9, 2011 in Arlington, Virginia.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 1752(a)(1).

_____
Anthony Pough
Officer, United States Secret Service

Sworn and subscribed to me before this _____ day of July, 2018.

_____
The Honorable Deborah A. Robinson
United States Magistrate Judge